# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| **EMMIT L. TERRY,** | Civil Action No. 1:22-cv-<u>00314</u> |
| Plaintiff, | |
| v. | District Judge _____ |
| **BRADLEY L. DETERS & CRUM TRUCKING, INC.,** | Magistrate Judge _____ |
| | **JURY DEMAND** |
| Defendants. | |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Come Defendants, Bradley L. Deters and Crum Trucking, Inc. ("**Defendants**"), by and through counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby give notice of the removal of the above-styled civil action to this Court.

The removed action is styled *Emmit L. Terry v. Bradley L. Deters and Crum Trucking, Inc.,* and was originally filed in the Circuit Court for Marion County, Tennessee, Case No. 22987. Attached to this Notice as **Collective Exhibit A** are copies of all documents filed in the case in the Circuit Court of Marion County, Tennessee, or served on Defendants, including the Complaint, filed September 1, 2022; Cost Bond filed by Plaintiff's counsel, filed September 1, 2022; Plaintiff's First Set of Interrogatories to Defendant (Crum Trucking, Inc.), filed September 1, 2022; Plaintiff's First Set of Interrogatories to Defendant (Bradley L. Deters), filed September 1, 2022; Plaintiff's First Request for Production to Defendant (Bradley L. Deters), filed September 1, 2022; Plaintiff's First Request for Production to Defendant (Crum Trucking, Inc.), filed September 1, 2022; Plaintiff's First Request for Admissions to Defendant (Bradley L. Deters), filed September 1, 2022; Plaintiff's First Request for Admissions to Defendant (Crum

1

Trucking, Inc.), filed September 1, 2022; Letter from Plaintiff's counsel, dated September 22, 2022; Tennessee Department of State cover sheet and Affidavit and Endorsement reflecting non-service on Defendant Bradley L. Deters, filed November 1, 2022; Second Summons to Bradley L. Deters, issued November 22, 2022; Tennessee Department of State cover sheet, Affidavit and Endorsement, and Summons reflecting non-service on Defendant Crum Trucking, Inc., with tracking information, filed December 13, 2022; and Acknowledgement of Receipt and Acceptance of Service of Process on Behalf of Defendants, filed December 16, 2022. These are the only process, pleadings and orders that have been filed with the Circuit Court Clerk and/or served on Defendants as of the date of the filing of this Notice of Removal.

Plaintiff is a citizen of the State of Tennessee. Defendant Bradley L. Deters is a citizen of the State of Indiana. Defendant Crum Trucking, Inc. is an Indiana corporation having its principal place of business in Indiana. Therefore, diversity of citizenship exists between the Plaintiff and Defendants, and this action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. In addition, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, as reflected in the Plaintiff's Complaint filed in the Circuit Court on September 1, 2022.

The undersigned counsel for Defendants acknowledged receipt of and accepted service of process on behalf of both Defendants on December 13, 2022. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

Pursuant to 28 U.S.C. § 1446(d), notice of the filing of the removal of this action has been sent to Plaintiff, in care of his attorney, and to the Clerk of the Circuit Court for Marion County, Tennessee, and copies of those Notices are attached to this Notice as **Collective Exhibit B**.

WHEREFORE, Defendants respectfully give notice of the removal of the above-styled civil action pending against them in the Circuit Court for Marion County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

By: s/K. Stephen Powers
K. Stephen Powers, #007088
633 Chestnut Street
Suite 1900
Chattanooga, TN 37450-1800
(423) 756-2010 (phone)
(423) 752-9518 (fax)
spowers@bakerdonelson.com

*Attorneys for Defendants, Bradley L. Deters and Crum Trucking, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December. 2022, a copy of the foregoing Notice of Removal to United States District Court was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

By: s/K. Stephen Powers

cc: C. Mark Warren, Esq.
Warren & Griffin, P.C.
736 Georgia Ave.
Suite 100
Chattanooga, TN 37402