UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| EMMIT L. TERRY, | ) |
| Plaintiff, | ) 1:22-CV-00314-DCLC-SKL |
| v. | ) |
| BRADLEY L. DETERS and CRUM TRUCKING, INC., | ) |
| Defendants. | ) |

## JUDGMENT

This case came before the Court on Plaintiff Emmit L. Terry's Motion to Dismiss [Doc. 18] and Defendants' Motion for Summary Judgment [Doc. 21]. For the reasons stated in the accompanying Memorandum Opinion and Order, Plaintiff's Motion to Dismiss [Doc. 18] is **GRANTED** and Defendants' Motion for Summary Judgment [Doc. 21] is **DENIED AS MOOT**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court